

# Fourth Court of Appeals
## San Antonio, Texas

January 30, 2023

No. 04-23-00022-CV

**CITY OF LIVE OAK** and City of Live Oak Board of Adjustment,
Appellants

v.

David **LEE**, Tina Gould, and Steve Jordan,
Appellees

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2022-CI-17650
Honorable John D. Gabriel Jr., Judge Presiding

# O R D E R

The clerk's record originally was due on January 23, 2023. On January 25, 2023, the trial court clerk filed a Notification of Late Record stating appellants have failed to pay or make arrangements to pay the clerk's fee for preparing the record and that appellants are not entitled to appeal without paying the fee.

It is therefore ORDERED that appellants provide written proof to this court **no later than February 9, 2023** that either (1) the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellants are entitled to appeal without paying the clerk's fee. If appellants fail to respond within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b).

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of January, 2023.

_____
MICHAEL A. CRUZ, Clerk of Court